SMITH *v.* THE INDIANAPOLIS AND ST. LOUIS R. R. Co.

APPEAL from the Hendricks Circuit Court.

WORDEN, C. J.—This case is like that of *Straughan* v. *The Indianapolis and St. Louis Railroad Company, ante,* p. 185; and must be affirmed for the reasons given in that case.

The judgment below is affirmed, with costs and five per cent. damages.

*W. A. McKenzie*, for appellant.

*L. Ritter* and *M. A. Osborn*, for appellee.